IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,

    Plaintiff(s),

    -vs-

Steven W. Smith

    Defendant(s).

Case No. 3:08CR154

ORDER OF REFERRAL TO
MAGISTRATE JUDGE

The above case is hereby referred to the United States Magistrate Judge Vernelis K. Armstrong to conduct the initial appearances, arraignments, bond hearings and changes of plea.

In the event that the Magistrate Judge determines that cause exists to refer a matter back for hearing and/or determination by a District Judge, such matter shall be referred, by Court Order, to Judge James G. Carr.

IT IS SO ORDERED.

_____
JAMES G. CARR
UNITED STATES DISTRICT JUDGE

_____
VERNELIS K. ARMSTRONG
UNITED STATES MAGISTRATE JUDGE

Effective February 22, 2002